UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN DRUMMOND,

    Plaintiff,

v.                                                    Case No: 6:24-cv-1866-JSS-UAM

CRUMBL LLC,

    Defendant.
_____/

## ORDER

The court has been notified by the parties' joint notice of settlement (Dkt. 17) that this case has settled. Accordingly, pursuant to Local Rule 3.09, this case is **DISMISSED** without prejudice and subject to the right of the parties, within sixty days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that sixty-day period, the dismissal shall be with prejudice. The order to show cause (Dkt. 15) is **DISCHARGED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on January 28, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record